# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:21-12-KKC** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **KENNETH MOBLEY,** | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

Pursuant to the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendant Kenneth Mobley's motion (DE 91) to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 is DENIED;

2) this judgment is FINAL and APPEALABLE;

3) a certificate of appealability will not be issued, Mobley having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter STRICKEN from the Court's active docket.

This 16th day of October, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY